UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAE LIENG SAECHAO, | No.  1:26-cv-00830-GSA |
| Plaintiff, | **ORDER GRANTING IN PART DEFENDANT'S EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.** |
| v. | |
| Commissioner of Social Security, | |
| Defendant | |

The parties stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-eight (28) days from May 22, 2026, up to and including June 19, 2026.

Defense counsel's cause for the request is that counsel has eight upcoming responsive briefs in the next four weeks.

However, at present a 28-days seems  to constitute an undue extension of time given that the administrative record in this case is quite short at only 600 pages, and the case raises only 1 relatively noncomplex issue. Thus a 14-day extension is more appropriate at this time, however the Court will consider granting an additional extension of time should good cause be shown.

Accordingly, it is **ORDERED** that Defendant's deadline to file a response brief is extended

1

to and including June 5, 2026.


IT IS SO ORDERED.

Dated:   **May 19, 2026**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE